| Attorney or Party Name, Address, Telephone & FAX Numbers, and California State Bar Number | FOR COURT USE ONLY |
|---|---|
| Steven A. Wolvek, Esq., SBN 146965<br>Law Offices of Steven A. Wolvek<br>23901 Calabasas Road, Suite 1063<br>Calabasas, CA 91302<br>818-227-3379<br><br>*Attorney for* Tomer Rotholz | FILED JAN - 7 2008 CLERK, U.S. BANKRUPTCY COURT CENTRAL DISTRICT OF CALIFORNIA    ENTERED JAN - 9 2008 |

### UNITED STATES BANKRUPTCY COURT
### CENTRAL DISTRICT OF CALIFORNIA

In re: Tomer Rotholz

[LODGED SEP - 4 2007]

CHAPTER 7

CASE NUMBER SV0712280KT

Debtor.    *(No Hearing Required)*

## ORDER ON MOTION TO AVOID LIEN
## UNDER 11 U.S.C. § 522(f) (REAL PROPERTY)
(Creditor Name: __Triangle Pipe & Supply__ )
*(Insert Name of Creditor holding Lien to be Avoided)*

Pursuant to 11 U.S.C. § 522(f) and Local Bankruptcy Rule 9013-1(g)(1), Debtor(s) moved to avoid a judicial lien on real property claimed to be exempt. THE COURT FINDS AND ORDERS AS FOLLOWS:

1. Notice of this motion complied with Local Bankruptcy Rule 9013-1(g)(1).

2. **Hearing Information:**
   a. ☒ No hearing is required: Debtor has filed a declaration (F 9013-1.9) stating that no opposition was timely received.
   b. ☐ A timely objection was received and a hearing was held as follows:
      (1) Date:    (2) Time:    (3) Courtroom:    (4) Judge:
      (5) The matter was ☐ Contested ☐ Uncontested ☐ Settled by Stipulation ☐ Not Prosecuted
      (6) ☐ Debtor present in Court *(Name)*:
      (7) ☐ Attorney for Debtor present in Court *(Name)*:
      (8) ☐ Attorney for Lienholder present in Court *(Name)*:
      (9) ☐ Other parties present as reflected in the Court record

3. The real property to which this Order applies is as follows:
   a. Street Address *(specify)*: 19933 Wells Drive, Woodland Hills, CA 91364

   b. Legal Description *(specify)*:    ☐ See Attached Page
      Tract 8812, Map 560, Grid E3
4. Recording information regarding lien to be avoided:
   a. Date of Recordation of Lien *(specify)*: March 18, 2003
   b. Recorder's Instrument Number or Map/Book/Page Number *(specify)*:
      Tract 8812, Map 560, Grid E3

*(This Order is continued on next page.)*

---

Rev. 1/01   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9013-1.6**

(Order on Motion to Avoid Lien (Real Property) - *Page 2*          **F 9013-1.6**

| In re  Tomer Rotholz | CHAPTER  7 |
|---|---|
| Debtor. | CASE NUMBER  SV0712280KT |

5. ☒ **Motion granted:**
   a. ☒ The judicial lien sought to be avoided impairs an exemption to which Debtor(s) would otherwise be entitled under 11 U.S.C. § 522(d)
   b. ☒ The judicial lien is hereby declared void and unenforceable:
      (1) ☒ In its entirety
      (2) ☐ In the following amount *only*: $_____. The balance of $_____ remains a valid and enforceable lien against the property.

6. ☐ Motion denied on the following grounds:      ☐ With Prejudice      ☐ Without Prejudice
   a. ☐ Insufficient notice
   b. ☐ Insufficient evidence of the exempt status of the property in question
   c. ☐ Other *(specify)*:

7. ☐ The Court further orders as follows *(specify)*:          ☐   See Attached Page

Dated: **JAN 0 7 2008**

_____
JUDGE OF THE UNITED STATES BANKRUPTCY COURT
CENTRAL DISTRICT OF CALIFORNIA

---

**PROOF OF SERVICE BY MAIL**

STATE OF CALIFORNIA COUNTY OF  Los Angeles

I am employed in the above County, State of California. I am over the age of 18 and not a party to the within action. My business address is as follows:

On  8/30/07 , I served the foregoing document described as: ORDER ON MOTION TO AVOID LIEN UNDER 11 U.S.C. § 522(f) (REAL PROPERTY) on the interested parties at their last known address in this action by placing a true and correct copy thereof in a sealed envelope with postage thereon fully prepaid in the United States Mail at  Calabasas , California, addressed as follows:

☒  Addresses continued on attached page

I declare under penalty of perjury under the laws of the United States of America that the foregoing is true and correct.

Dated: 8/30/07
Shanna Williams                              /s/ Williams
Type Name                                     Signature

---

*Rev. 1/01*   This form is optional. It has been approved for use by the United States Bankruptcy Court for the Central District of California.   **F 9013-1.6**